UNITED STATES DISTRICT COURT
Concord, NH

District of Merrimack NH                    Docket #

U.S. DISTRICT
DISTRICT OF NH
FILED
2017 DEC 21  A 11: 38

Natasha DeLima et All

v.

YouTube, Facebook Twitter, Google, Blogspot.com, Patreon, and GoFundMe
  Defendants

Consolidated Plaintiff's Lawsuit For Violations of Civil Rights Act, 1964, Election Rigging, Partner Compensation (YouTube & Patreon), First Amendment Rights, Censorship, Illicit Shadow banning of Information, Cyberbullying, Copyright Infringement Chapter 5, Illicit Monitoring, Unmasking, Defamation, NIED Negligent Infliction Of Emotional Distress,

Demand for Jury Trial

The Plaintiff reserves the right to amend this Complaint

Jurisdiction is based on the diversity of Citizenship

We Reserve the Right to Add Members to the Class or to consolidate like Claims as Long As the Lawsuit is pending. The bullying, intimidation and threats to those that go up against these predators is actually life threatening, we therefore have the right to protection as we proceed to lawfully sue the Perpetrators.

1. Lead Plaintiff, Natasha DeLima is a resident of the USA, residing in Keene NH the remaining Plaintiff's reside in USA and other countries. (See attached) addresses are separately written to protect all of us.

2. The Defendants companies reside w/ headquarters in the USA, in California. All companies have violated federal law. (addresses)

Google, Inc.
**1600 Amphitheatre Parkway** in **Mountain View**,
Santa Clara County, **California**,

YouTube, Inc.
901 Cherry Ave. San Bruno, CA 94066 USA.

Facebook
1 Hacker Way
Menlo Park, CA 94025.

Twitter
1355 Market St. #900, San Francisco
CA 94103

Patreon
230 9th St.
San Francisco, CA 94103

Go Fund Me
1010 Second Avenue
Suite 1770
San Diego, CA 92101

3. The entire class, consisting of multiple Plaintiffs have been censored, bullied, monitored, free speech severed, accounts closed, tampered with, Plaintiff's harassed & persecuted, with the websites violating their civil rights, 1st Amendment rights, Political Rights, and conduction censorship. (Exhibits). These websites have destroyed "free speech" and the 1st Amendment, which is a Constitutional right.  These companies are based inside the USA, therefore the Constitution, and the 1st Amendment apply.

4. Facebook, Twitter, and YouTube conspired to rig the election, targeted people for their political views, WikiLeaks, tweets from Julian Assange & WikiLeaks, as well as other sources.  They started this in 2015, and as more documents were revealed, they started hacking, unmasking, and tampering with our accounts.  As it has been admitted by Facebook, they engaged in a

series of advertisements against President Trump, and have been involved in an ongoing investigation for tampering with and rigging the site itself.  They did this through our own personal accounts, and on the site itself.  Facebook and Twitter, belittled, wrote up false narratives on the sites "report cards" of the channel subscribers, and gave them "time outs" strikes", closed accounts, or other means of abuse simply for posting articles or stating personal opinions.  This was intended to bully, belittle, harass, demean, and control a person's right to support a political candidate.  This is against the 1st Amendment of the Constitution, as well as NIED law for emotional distress. ( See Petition & YouTube Channel for exhibits)

5. Facebook targeted people based on true postings of actual news, footage, videos and posts, and did discriminate and bully these website users in violation of federal and universal laws.  The company of Facebook with a home base in California, is subject to all federal law & consequences when federal laws are violated.  Facebook prevented WikiLeaks posting during the 2016 election

6. Their can be no political agenda to target people & weaponized the internet but they are doing just that.  USA does not have censorship, just the Constitution, & their actions violate the 1st Amendment, and huge discrimination.  All of these websites are out of control, violating civil rights, federal laws, & using the sites to target individuals.

7. Twitter the website, based in California, violated Federal, tampered with election of 2016, and now is tampering with the election of 2018.  Twitter has deleted accounts, including that of Milo Yiannopoulos, who suffered discrimination based on sexuality, political beliefs, and popularity.  Twitter, Facebook and YouTube have tampered with this site's popularity, and rights to access all parts of the internet.  Twitter is deleting tweets that simply contain news, and they troll, invade, stalk, harass, cyberbully, cyberstalk, unmask, and hound particular accounts (Exhibits)

8. Twitter closes accounts that do not violate anything, or do anything wrong, over the Thanksgiving holiday, when the Plaintiff was not even on twitter,

she returned home to be locked out of 2 of my twitter accounts, citing violations, when she has never violated a law, an internet or cyber law of any kind. This is pure abuse & harassment & it has to cease. Twitter has weaponized themselves & now try to privately police people based on European law while operating in the USA. These violations have turned the internet into a political & criminally run enterprise, not free use for users.

9. Other very popular people and channels have been harassed and tampered with. Recently, In April 2017, YouTube shut down channels, based on true news. YouTube has not faced consequences for these actions, & they continue to be a vile, predatorial base, & they tamper with accounts, inventing strikes, and trying to shut down channels. They discriminate, and allow for porn, child porn, & sexual abuse, but sites that are Christian, Conservative, or against all of that, they launch personal staff to attack, stalk, unmask, and illegally enter into those accounts, even tampering with original content. They delete news they do not like, even when true, and prove a false narrative from Main Stream News, and they operate as a war zone against true news.

10. The Plaintiff's own YouTube channel https://www.youtube.com/user/Natasha78d and the Plaintiff's own petition https://www.change.org/p/class-action-lawsuit-against-multiple-websites-breach-of-contract-triple-damages-lead-defendant-youtube contain several thousand exhibits, as well as emails, links, articles, other deleted channels, YouTube's own admissions, Facebook's admissions to Russian ads, & targeting conservatives, Twitter's reprehensible abuse of power, deleting the President's Twitter account, Roseanne Barr's twitter account, and many others, are the exhibits in this matter. There are over 7,000 exhibits.

11. The Class of Plaintiff's have suffered different levels from slight to severe NIED Negligent Infliction of Emotional Distress in violation of federal law, these distresses include depression, medication, high blood pressure, inability to function, hospitalization, etc. This is such an extreme abuse of website power that this documentation provides a window into how much abuse was bestowed upon victims in this case. (Exhibits) All sites are liable

from "garden variety" stress, which is inflicted and does not include doctors or medications, up to those that had to be treated for distress.

12. YouTube has offered advertiser revenue to channel subscribers, based on so many cents per view. YouTube does not disclose to "channel partners" how much they do in fact receive per advertisement, so channel subscribers are unaware how much they actually earn or are actually due. YouTube pays about .1 cent per add or $10.00 per $100,000 views, the Plaintiff was told There is no way to verify, when you ask them directly, they refuse to answer (Exhibits). Through discovery, we will be able to obtain, actual figures of what was collected to what was paid. YouTube has not paid that money to lead Plaintiff, Natasha, & many others, in fact, going back as long as the channel has been started, YouTube has embezzled all of that revenue. To date, in 5 years, YouTube has paid a mere $3,000+ dollars, and stolen the rest. Despite 2 years of investigation, massive emails, and tweets, and a petition, YouTube paid about 1% of channel revenue. The investigation statistics are amazing, revealing how many people actually are subscribed, how many comment, how many are posted, and how many they hide.

13. YouTube is subject to federal law, the Constitution, and Internet law, Civil Rights Law, 1st Amendment, and laws that force "fair" and lawful compensation due. They depended on vile mistreatment, and harassment to allow for this continued practice. When they got more channels of "truth" they increased their abusive theft and demonetized videos for no reason, no warning or notice, and left people, including myself, with 0 income. There are multiple law suits pending in other federal courts, and a private company is not allowed to discriminate or harass channels as they do. These are all violations based on operating business in good faith, and fair practices, which YouTube does not do.

14. CEO Susan Wojcicki has destroyed the site of YouTube, while paying herself $300 Million or more a year, and engages in embezzlement of all of this revenue. She started a website herself on YouTube, and for other novice YouTube channel owners, and unfairly supports them and their leftist content, trying to make up for the Millions lost in advertiser revenue from those that she sought to destroy income for.

https://www.change.org/p/class-action-lawsuit-against-multiple-websites-breach-of-contract-triple-damages-lead-defendant-youtube/u/22069862

15. YouTube engaged in the 2016 election rigging, is attempting to rig the 2018 election, and has "deleted" videos on people's sites. They did not violate any internet laws, were original content, and cannot be deleted, however they continue to disappear from the internet.

16. Patreon, owned and powered by Google appeared this past May, 2017, to be the option to receive money from viewers that support the channel, however, like YouTube, they have embezzled more than they pay out, and in a very short time it was so easy to see the embezzlement from that site. They unmask, stalk, delete and try to hide comments of the views they embezzle it all from, so whenever new content is posted, Patreon staff goes in and deletes comments from the embezzled subscribers, the minute they post comments, so that the channel owner does not see their comments, and realize that the commenter is not on their "patron" list.

> They messed up a few times, and the Plaintiff saw the comments from unknown patrons, and the Plaintiff tried to resolve this embezzlement with Patreon. The insane responses only implicate them in theft, and embezzlement, and larceny, and they are liable for tampering with the Plaintiff's account, underpayment of that account, and destruction of that account via embezzlement. In November 2017, the Plaintiff was forced to cease use of that site & create a blog, since Patreon was embezzling over 90% of the revenue & offering her only 10% or less. As the account grew, Patreon embezzled more, & even stalked her private messages, deleting those.

> Blogspot.com, powered by Google, deleted the Plaintiff and her partner's blogs that complied with all federal and civil laws, and merely were based on 1st Amendment Constitutional rights, personal opinion, and hard earned research that JM Talboo spent years researching. Over the 2017 Thanksgiving holiday, this blog, and this personal email were deleted from the internet, for no reason. They proceeded to delete his personal email

account as well.  No one can do this, and these websites are stalkers and hackers.

17. Susan Wojcicki in fact uses her twitter account to display, resist, and violate our current President.  While she can use her account to do what she wants under her own free speech, she represents "Google" and not herself, but her account is not attacked, hacked, deleted etc., only ours are.  As a CEO, she should not be posting her own political views, and then violating anyone's rights that does not share her views.  She alleges she's inclusive, but that translates to sexuality of transgender, not inclusive of anyone with their own minds.  An engineer that was conservative was fired from Google for having his own mind.

18. Jack, the CEO of Twitter has also used his own twitter account to display satanic content, as well as his Instagram account, photos of him with some very satanic people are shown, and he violates women, harasses them, deletes followers, following, and generally sends out hatred to people that have different political views than he does via abusing his power & tampering with their accounts.

19. Mark Zuckerberg, used his web site to display his support of a political candidate, and to continue with a personal agenda of New World Order, not the Constitution.  Mark Zuckerberg has sent out an apology, and is being sued, and investigated for his mishandling the website as CEO.  This site is dangerous, not safe, and uses face recognition, also has access to your location, and operates like a spy site, vs anything to do with "social".  There is not any warning, nor protection for people that are not aware of the intention of this site, and its dangerous abuses of power on unsuspecting people that want to chit chat in their free time. Facebook is involved in fake posts, supporting fake news, and the creation of fake news, and parties that are behind those sites.  They also use fear, and scare tactics to try to mess with people, something that is impossible to fathom, but we all saw it during the election.  News stories that are not even true, and came from fake news, are passed all over the site and shared.  True stories, backed up from credible sources, are censored and hidden.

20. A Petition was commenced while damages were minimal, and lead Plaintiff Natasha stood on her own.  Others that were violated in life altering distressful ways, were connected to lead Plaintiff Natasha, and became a small group.  A group that grows every day, there are now over 1500 that have signed.  https://www.change.org/p/youtube-twitter-facebook-harassment-abuse-to-users

21. YouTube has ignored copyright infringement law, & fair use law, and used a channel that is has unlawfully taken a video, and picture that they did not have permission to do, instead of assuring that channels do not copyright (federal law and a crime) they have pushed copy right infringement into blackmail

22. YouTube rigs 100% real time analytics, they are all false, and do not reflect viewership, view counts, lengths of time people view the videos, or how many view new uploads.  YouTube staff manually tampers with all analytics, and tries to hide popular videos and channels.  ON the Plaintiff's channel, they hide millions of views, and many thousand subscribers.  (Exhibits on the Plaintiff's YouTube Channel)

23. GoFundMe.com involved itself in tampering with & hiding the Plaintiff's account, & denying multiple donations. The Plaintiff's account was purposely derailed, & donors were given error signals & had to contact the Plaintiff.  On Facebook, others were denied access to put donations through.  The Go Fund Me account was closed, & only reopened due to this lawsuit, but they destroyed the momentum, & trust people had in that website.  A website cannot disturb a campaign, & play games with trying to deter donations, abusing those in need, but they did, & they are liable for all of that stress they bestowed upon the Plaintiff.

24. The state attorney general, and the DOJ have been contacted, YouTube did not respond to the state AG complaint, despite multiple efforts made to get them to address the civil complaint.  They think they are above the law.

25. YouTube, Twitter, and Facebook's refusal to abandon using these websites as political weapons, ignoring law, the Constitution, 1st Amendment rights, and within all Federal law guidelines, leaves them liable for every dollar of damage applicable under the law.  Under separate cover, they have criminal accountability as well.

26. All websites 1 year after the 2016 election, continue to tamper in politics, erase true news, & tamper, hinder, & hide links to real data, & they intend to interfere in the 2018 and 2020 elections as they have been for the past year.

CAUSES OF ACTION

27. The Defendants jointly have causes of actions for each separate violation of law & each occurrence that they perpetrated abuse based on political agenda, & dislike for the Plaintiff & additional Plaintiff's.  Privately owned companies cannot operated based on discrimination, harassment, civil rights violations, violations of the 1st Amendment, disparage reputations of people by illicit shutdowns, or lock outs of their accounts, hampering, tampering, deleting, embezzling, etc.   Every US & Federal law, prohibits all that these websites & CEO's are engaging in, & they are 100% liable for their willful, deceitful, heinous, & despicable actions to innocent victims properly using the internet.

  RELIEF

28. Relief should be granted based on the massive violations of all listed Federal laws, and the continued nonpayment of adequate advertisement revenue to channel owners on YouTube.  The "class" or "consolidated" Plaintiff's seek money relative to their own losses, & violations of the Constitution, 1st Amendment rights of free speech, civil rights, right to fair use, NIED Negligent Infliction of Emotional Distress, Unmasking, Defamation, Censorship, Violations of Civil Rights Act, Election Rigging, Harassment, etc.

29. The group of Plaintiffs in this class action law suit, are seeking 1 Billion dollars in damages with subject to increase as more Plaintiffs are added to the class.  The distribution of this total is based on unpaid revenue on YouTube, loss of

ability to have an account if it was due to closure & censorship, harassment, copyright infringement, Negligent Emotional Distress, on any of the 3 websites, and interest, any costs for the filing of this claim, court costs, expert witnesses, attorney's fees, & any other monies that the jury deems fair.

30. The consolidated or Class of Plaintiff's has been bullied, made fearful, silenced, & intimidated into proceeding in this complaint, & it has been the will of lead Plaintiff, Natasha DeLima to commence this legal action, allow for time of others to gather themselves & put forward their complaints. Plaintiffs are based all over the USA, & other countries, & will be filing their complaints if they have been able to get on board at this time.

31. If the Plaintiff's choose not to pursue claims, or appear as witnesses only, that will be seen as time goes on, the Plaintiff has an urgency to put forth this complaint & subsequence Cease & Desist order, in order to utilize her own rights to operate on the internet, without harassment.

Signed, Natasha DeLima et al   12/18/17

*[signature]*

UNITED STATES DISTRICT COURT
Concord, NH

U.S. [...]
DISTRICT OF NH
FILED
2017 DEC 21  A 11: 38

**District of Merrimack NH**                    Docket #

Natasha DeLima et al

v.

YouTube, Facebook Twitter, Google, Blogspot.com, Patreon, and GoFundMe
    Defendants

**Plaintiff's Affidavit**

I, Natasha DeLima et al affirm and swear that the facts in this case are true, and that the Plaintiffs have been violated for use on the internet, and the Defendant's in this matter.

There have been many attempts made to resolve these matters, to no avail.

The Plaintiffs are seeking justice under the law & their rights to lawfully operate on the social media platform without being targeted by any of the Defendant's

Natasha DeLima et al

*[signature: Natasha DeLi__]*

December 18, 2017

Clerk's Office
Federal District Court
Concord NH

Dear Clerk's Office

Enclosed for filing is a Multiple Defendant Complaint
Affidavit
Affidavit of Indulgency for 2 Plaintiff's
Power of Attorney – notarized

Motions

Complaint

Please send stamped & dated complaint w/ docket number to

Natasha DeLima
c/o Athens
192 Roxbury St. #1
Keene NH  03431

My cell phone is 802-380-8155

*Natsha D_____* (signature)

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS** U.S. DISTRICT COURT
DISTRICT OF NH
FILED

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
2017 DEC 21 A 11:37
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☑ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☑ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☑ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Constitutional Rights

Brief description of cause:
Constitution violations Amend 1, 4, 5, 8, 9, 10

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 10 million +

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☑ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*
JUDGE: Ayer Cult
DOCKET NUMBER: DC 1648CR 31, 32, 33

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____



Case 380 16155
Lawsuit
Lead Plaintiff
Tronecya
Natchey
Reign