In The Court of Common Pleas

United States District Court
Judge on this matter

U.S. DISTRICT COURT
DISTRICT OF NH
FILED

2018 FEB -2  A 11: 05

Case # 17-CV-733

Natasha DeLima - Plaintiff
V
YouTube et al Defendants

This order is that the above case, and the case of Ashley Roberson be consolidated as a matter of law.  A Praecipe has been served upon the clerk's office to serve out the summonses.

The cases are connected & need to be consolidated as the law allows and mandates to conserve time and costs.

There is no allowance for any court to rule differently on a pro-se matter, or one represented by an attorney, but the discrimination is flagrant.

The case can be resolved through the Plaintiff's working with the Defendant's on closure, but the court is prohibiting the matter to even begin.

The Plaintiff Ashley has signed over Power of Attorney on this matter to me.

This order is to utilize both the Executive Order and the Constitution to bring justice onto the victims in this case.

Served February 1, 2018

Natasha DeLima