**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

Natasha DeLima

   v.                                        Civil No. 17-cv-733-PB

YouTube, Inc. et al.

**O R D E R**

Before the court in this action[1] is plaintiff Natasha
DeLima's "Ex-Party [sic] Motion for Enforcing YouTube to Pay
Lawful Earnings/Request for a March Hearing Date" (Doc. No. 11).
DeLima has named YouTube, Inc. as a defendant in this action.

Because DeLima indicated in its title that Document No. 11
was filed ex parte, it has been docketed under provisional seal.
If DeLima seeks to keep Document No. 11 under seal in this case,
she must file a motion to seal that document, pursuant to LR
83.12(c).

Accordingly, within thirty days of the date of this Order,
DeLima must file either: a motion to seal Document No. 11,
pursuant to LR 83.12; or a motion to lift the provisional seal
of Document No. 11, and to place that document in the public
docket.  DeLima's failure to comply with this Order may result

---

[1]In a separate Order issued this date, the court has
directed service of the complaint in this matter upon the
defendants DeLima named in her complaint.

in Document No. 11 being unsealed and placed in the public

docket in this case without further notice to the plaintiff

    SO ORDERED.


Andrea K. Johnstone
United States Magistrate Judge

March 14, 2018

cc:  Natasha DeLima, pro se