# UNITED STATES DISTRICT COURT
for the

District of New Hampshire

| | | |
|---|---|---|
| Natasha DeLima | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  17-CV-733-PB |
| YouTube, Inc. et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Twitter, Inc.

Date:  04/26/2018

/s/ Timothy J. McLaughlin
*Attorney's signature*

Timothy J. McLaughlin (NH Bar #19570)
*Printed name and bar number*

Shaheen & Gordon, P.A.
P.O. Box 2703, Concord, NH 03302

*Address*

tmclaughlin@shaheengordon.com
*E-mail address*

(603) 225-7262
*Telephone number*

(603) 225-5112
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

All counsel of record.

Conventionally Served:

Natasha DeLima
c/o Athens
192 Roxbury Street #1, Keene, NH  03431

| 04/26/2018 | /s/ Timothy J. McLaughlin |
|---|---|
| Date | Signature |