UNITED STATES DISTRICT COURT
FOR THE
STATE OF NEW HAMPSHIRE

Natasha DeLima,

        Plaintiff

    v.                                           Case No. 1:17-cv-00733-PB

YouTube, et al.

        Defendants.

**ENTRY OF APPEARANCE**

NOW COMES Paul, Frank + Collins, PC, by and through Stephen Soule and Nolan Burkhouse, and enters their appearances for the Defendant, Patreon, Inc. (its correct name.)

DATED this 30th day of April, 2018, at Burlington, Vermont.

                RESPECTFULLY SUBMITTED,

                PATREON, INC.

BY:    */s/ Stephen J. Soule*
           Stephen J. Soule, Esq.
           NH Bar ID #4858

BY:    */s/ Nolan C. Burkhouse*
           Nolan C. Burkhouse
           NH Bar ID #14367

           PAUL FRANK + COLLINS P.C.
           PO Box 1307
           Burlington, VT 05402-1307
           802-658-2311
           ssoule@pfclaw.com
           nburkhouse@pfclaw.com

**Certificate of Service**

      I hereby certify that on April 30, 2018, I served the foregoing Entry of Appearance by mailing copies thereof by first class mail, postage prepaid, to Plaintiff, c/o Athens, 192 Roxbury St #1, Keene, NH 03431, and to the following counsel of record via the Court's ECF system:

| | |
|---|---|
| Timothy J. McLaughlin (NH Bar # 19570) | Ryan Mrazik (pro hac vice admission pending) |
| 107 Storrs Street | Perkins Coie LLP |
| Concord, NH 03301 | 1201 Third Avenue, Suite 4900 |
| (603) 225-7262 | Seattle, WA 98101 |
| tmclaughlin@shaheengordon.com | RMrazik@perkinscoie.com |
| For Defendant Twitter, Inc. and Google Entities | For Defendant Twitter, Inc. and Google Entities |

DATED: April 30, 2018        BY:    */s/ Stephen J. Soule*
                                                    Stephen J. Soule, Esq.
                                                    NH Bar ID #4858
                                                    PAUL FRANK + COLLINS P.C.
                                                    PO Box 1307
                                                    Burlington, VT 05402-1307
                                                    802-658-2311
                                                    ssoule@pfclaw.com

7271746_3:13211-00001
7271746_4:13211-00001

PAUL FRANK + COLLINS P.C.
ATTORNEYS AT LAW
P.O. BOX 1307
BURLINGTON, VERMONT 05401