# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Natasha DeLima | 1:17-cv-733-PB |
| **DEFENDANT** | **TYPE OF PROCESS** |
| YouTube, Inc., et al. | Civil Case, Summons, Order |

RECEIVED UNITED STATES MARSHAL 2018 MAR 19 PM 3:37

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Facebook

NORTHERN DISTRICT OF CALIFORNIA

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1 Hacker Way, Menlo Park, CA 94025

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

US District Court, Clerk's Office
District of New Hampshire
55 Pleasant Street
Concord, NH 03301

Number of process to be served with this Form 285: 42
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 603 225-1423
DATE: 3/14/18

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 42 | 49 | 11 | Katie Renaud | 3/14/18 |

[X] I hereby certify and return that I have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
VINCENT VELIZ

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):
18 HACKER WAY
MENLO PARK, CA

Date: 4/24/18
Time: 10:10 [ ] am [ ] pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | 5.45 | 8.00 | 78.45 | | $0.00 |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

# UNITED STATES DISTRICT COURT
for the

Natasha DeLima

**Plaintiff(s)**

v.

Youtube Et al

**Defendant(s)**

Civil Action No. 17-CV-733

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Facebook
1 Hacker Way
Menlo Park, CA 94025

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Natasha DeLima
c/o Athens
192 Roxbury St #1
Keene NH 03431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/14/2018

DANIEL J. LYNCH, Clerk

By: /s/ Jennifer Sackos, Deputy Clerk

**with ECF Notice attached.**



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17cv733-PB

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __FACEBOOK__
was received by me on *(date)* __3/19/18__ .

☒ I personally served the summons on the individual at *(place)* __18 HACKER WAY MENLO PARK, CA__ on *(date)* __4/24/18__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __5.45__ for travel and $ __73.00__ for services, for a total of $ __78.45__ .

I declare under penalty of perjury that this information is true.

Date: __4/24/18__

_____
*Server's signature*

__DAVID KEY DUSM__
*Printed name and title*

UNITED STATES MARSHALS SERVICE
450 GOLDEN GATE AVENUE
P.O. BOX 36056, RM # 20-6888
SAN FRANCISCO, CA 94102
ATTN:

Additional information regarding attempted service, etc: