UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NATASHA DELIMA,<br><br>                Plaintiff,<br><br>        v.<br><br>YOUTUBE, INC. ET AL.,<br><br>                Defendants. | Civil No. 17-CV-733-PB<br><br>Declaration of Ryan T. Mrazik in<br>   Support of Defendants Google LLC,<br>   Twitter, Inc., and YouTube, LLC's<br>   Joint Motion to Dismiss or, in the<br>   Alternative, to Transfer Venue |

I, Ryan T. Mrazik, hereby declare as follows:

1. I am over eighteen and I am duly licensed to practice before the courts of the State of Washington. I am an attorney for Google LLC ("Google"), Twitter, Inc. ("Twitter"), and YouTube, LLC ("YouTube") (collectively, "Defendants") in this action. I have personal knowledge of fact below. If called upon to testify, I could and would testify competently as to the matters contained herein.

2. Attached as **Exhibit A** is a true and correct copy of Google's Terms of Service. It, as well as prior versions, are available at https://policies.google.com/terms. The forum selection clause therein has been the same or similar in prior versions since that dated April 16, 2007.

3. Attached as **Exhibit B** is a true and correct copy of YouTube's Terms of Service. It is available at https://www.youtube.com/t/terms. That version is dated June 9, 2010.

4. Attached as **Exhibit C** is a true and correct copy of Twitter's Terms of Service. It, as well as prior versions, are available at https://twitter.com/en/tos. The forum selection clause therein has been the same or similar in prior versions since that dated September 10, 2009.

1

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __15__ day of ___May____, 2018 in Seattle, Washington.

/s/ Ryan T. Mrazik  
Ryan T. Mrazik