# Exhibit A

**From:** Natasha DeLima
**To:** Mrazik, Ryan T. (SEA)
**Subject:** Re: DeLima v. Twitter, et al. / Confirmation of phone conversation and agreement
**Date:** Wednesday, April 25, 2018 12:19:44 PM

Yes this is agreed to, and also I understood there won't be opposition to consolidate so we can keep this as simple as possible

I forgot to mention that they did try to serve Go Fund me, but the address was a vacant building. They are likely to get re-served at the only address we can obtain

I am going to work on a document for you, as I had said, we were about to file paperwork for a court appearance, as our virtual property has been stolen by YouTube, and we are hoping to resolve this prior to both a hearing and the opening of a new DOJ case. I will send as soon as I can get it done

Thank you, Natasha

---

**From:** "Mrazik, Ryan T. (Perkins Coie)" <RMrazik@perkinscoie.com>
**To:** "natasha78d@yahoo.com" <natasha78d@yahoo.com>
**Sent:** Wednesday, April 25, 2018 2:16 PM
**Subject:** DeLima v. Twitter, et al. / Confirmation of phone conversation and agreement

Ms. DeLima,

Thank you for discussing this matter with me yesterday. My contact information is below in my signature block.

This email confirms that, during our conversation yesterday, you agreed that Twitter's response deadline in this matter could be extended until 21 days after service of process on Google and YouTube, whichever is later.

Please let me know if I've misunderstood. We are planning to present an assented to motion to the Court as soon as possible (today if we can). It will reflect our agreement.

Best regards,

Ryan


**Ryan Mrazik** | **Perkins Coie LLP**
**PARTNER**
1201 Third Avenue, Ste. 4900
Seattle, WA 98101-3099
d. 206.359.8098 | f. 206.359.9098
e. RMrazik@perkinscoie.com

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the

sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.