# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NATASHA DELIMA,<br><br>                Plaintiff,<br><br>   v.<br><br>YOUTUBE, INC., et al.,<br><br>                Defendants. | Case No. 17-cv-733-PB |

### DEFENDANT GOFUNDME, INC.'S CONSOLIDATED RESPONSE TO CERTAIN MOTIONS IDENTIFIED IN THE COURT'S JUNE 18, 2018 CASE MANAGEMENT ORDER

GoFundMe, Inc. received service of Plaintiff Natasha DeLima's complaint on June 22, 2018, after the Court issued its June 18, 2018 Case Management Order (ECF No. 105). GoFundMe files this consolidated response to the various motions listed in Paragraph II.A of that Order.[1]

### Opposition To ECF No. 70, Plaintiff's "Motion to Strike Illicit Pleading"

The motion should be denied as to GoFundMe. The motion does not appear to request any relief related to GoFundMe. Indeed, the only reference to GoFundMe in this motion is an incorrect assertion that GoFundMe defaulted in this action. Not so. GoFundMe was served on June 22, 2018 and is timely complying with the Court's orders setting deadlines. There is no basis to strike any papers filed by GoFundMe.

---

[1] In accordance with the Court's March 14, 2018 Order (ECF No. 12), GoFundMe will file within 21 days of service its response to DeLima's complaint and to the other motions filed by DeLima referenced in that Order.

### Opposition To ECF No. 72, Plaintiff's "Request for Additional Compensation from Blogspot, Owned by Google"

This motion should be denied as to GoFundMe, which is unmentioned in this motion.

### Response To ECF No. 73 Plaintiff's "Motion to Filed [sic] an Amended Complaint" and To ECF No. 87, Plaintiff's "Joint Motion Opposing Forced Consent to Utilize Websites"

The Court has construed both of these motions as motions to amend the complaint. ECF No. 105, at 4. Having only been served after DeLima filed these motions and complaints, GoFundMe takes no position on these motions. DeLima has filed at least four documents that either purport to be a complaint or that the Court has construed as a complaint. *See* ECF Nos. 1, 14, 73-1 & 87. To aid the Court's dispositional process, GoFundMe will file a single motion to dismiss that addresses any comprehensible allegations that appears in any of those four documents. GoFundMe will file this motion within twenty-one days of receiving service, as the Court ordered on March 14. *See* ECF No. 12.

### Opposition To ECF No. 86 Plaintiff's Joint Motion To Strike Answers of Facebook and Twitter

This motion should be denied as to GoFundMe. The motion does not appear to seek any relief against GoFundMe, but instead seeks only to strike certain pleadings filed by Facebook and Twitter. The only reference to GoFundMe in this motion is DeLima's incorrect assertion that it is in default. As GoFundMe explains above, it received service on June 22, 2018 and will timely respond in accordance with the Court's Order (ECF No. 12), and is thus not in default.

### Opposition To ECF No. 99 Plaintiff's "Joint Motion To Dismiss Complaint for Lack of Subject Matter Jurisdiction"

To the extent the Court construes this filing as an opposition to a motion to dismiss, it is premature as to GoFundMe and should be denied as to GoFundMe for that reason. GoFundMe will timely file a motion to dismiss this action in accordance with the Court's Order (ECF No. 12), at which point DeLima will have an opportunity to submit an opposition.

### Opposition To ECF No. 100 Plaintiff's "Joint Motion To Quash All Pleadings from Timothy McLaughlin"

This motion should be denied as to GoFundMe, which is unmentioned in this motion.

### Opposition To ECF No. 101 Plaintiff's "Joint Motion To Strike"

This motion should be denied as to GoFundMe. The motion does not appear to request any relief as to GoFundMe. Instead, it seeks to strike certain pleadings filed by other defendants.

### Opposition To ECF No. 102 Plaintiff's Memorandum

This motion should be denied as to GoFundMe, which is unmentioned in this motion.

//
//
//
//
//
//

Respectfully submitted,

Dated: June 29, 2018

|  |  |
|---|---|
| BONNER KIERNAN TREBACH & CROCIATA LLP<br>JOSEPH ARONSON (NH Bar #282)<br>40 Court Street, 3rd Floor<br>Boston, MA 02108<br>Telephone: 617 426 3900<br>Facsimile: 617 426 0380<br>Email: jaronson@bonnerkiernan.com | By: */s/ Matan Shacham*<br>KEKER, VAN NEST & PETERS LLP<br>MATAN SHACHAM (CA Bar 262348)<br>(*pro hac vice*)<br>TRAVIS SILVA (CA Bar 295856)<br>(*pro hac vice*)<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: 415 391 5400<br>Facsimile: 415 397 7188<br>Email: mshacham@keker.com<br>         tsilva@keker.com<br><br>Attorneys for Defendant<br>GOFUNDME, INC. |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on **June 29, 2018** to all counsel of record who are deemed to have consented to electronic service via the Courts CM/ECF system per Civ LR 5.1. Any other parties of record will be served by U.S. mail.

*/s/ Matan Shacham*
MATAN SHACHAM
Attorneys for Defendant GOFUNDME, INC

| SERVICE LIST | |
|---|---|
| *Plaintiff*<br>*Natasha DeLima*<br>**Natasha DeLima**<br>c/o Athens<br>192 Roxbury Street, #1<br>Keene, NH 03431<br>Tel: 802 380-8155;<br>603 354-3906<br>PRO SE<br><br>*VIA U.S. MAIL ONLY* | *Defendants*<br>*YouTube, Inc.; Twitter; and Google, Inc.*<br>**Timothy John McLaughlin**<br>Shaheen & Gordon<br>107 Storrs Street<br>P.O. Box 2703<br>Concord, NH 03302-2703<br>Tel: 603 225-7262<br>Email: tmclaughlin@shaheengordon.com |
| *Defendants*<br>*Blogspot.com and Patreon*<br>**Stephen J. Soule**<br>Paul Frank & Collins Inc.<br>P.O. Box 1307<br>Burlington, VT 05402<br>Tel: 802-658-2311<br>Email: ssoule@pfclaw.com<br><br>**Nolan C. Burkhouse**<br>Paul Frank & Collins PC<br>One Church Street<br>P.O. Box 1307<br>Burlington, VT 05402-1307<br>Tel: 802 658-2311<br>Fax: 802 658-0042<br>Email: nburkhouse@pfclaw.com | |

1286332