USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>Natasha DeLima | COURT CASE NUMBER<br>1:17-cv-733-PB |
| DEFENDANT<br>YouTube, Inc., et al | TYPE OF PROCESS<br>Civil Case, Summons, Order |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Go Fund Me, Inc.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Attn: Corporate Counsel, P.O. Box 1329, 855 Jefferson Avenue, Redwood City, CA 94063

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

US District Court, Clerk's Office
District of New Hampshire
55 Pleasant Street
Concord, NH 03301

Number of process to be served with this Form 285: 42
Number of parties to be served in this case: 6
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 603 225-1423
DATE: 5/4/18

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 42
District of Origin No.: 49
District to Serve No.: 97
Signature of Authorized USMS Deputy or Clerk: Kate Renaud
Date: 5/7/18

[X] I hereby certify and return that I have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. shown at the address inserted below.

Name and title of individual served (if not shown above)
Luis Carmona  Admin Assistant

Address (complete only different than shown above)
Served at resident agent
National Corporate Research LTD
1325 J. Street Suite 1550
Sacramento, CA 95814

Date: 6-21-18
Time: 1:56 pm

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | $54.84<br>2.16 | | 67.16 | | $0.00 |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00