UNITED STATES DISTRICT COURT
Concord, NH

District of Merrimack NH

2018 MAY 03 A 10: 34

Docket # 17-CV-733
Docket # 18-CV-203-PB

Natasha DeLima
Isaac Green
    Plaintiffs
v.
YouTube, Et Al
    Defendants

## PLAINTIFF'S AMENDED COMPLAINT

### Complaint for Violations Of Federal Law, FCC Rules, Internet Rules, Civil Rights, Political Rights, 1st Amendment of the Constitution, Case Law, Right To Payment, FOSTA Sesta Act, CFAA, Virtual Property Rights, Presidential Executive Order of December 17, 2017, Fair Labor Standards Act (FLSA)

## DEMAND FOR A JURY TRIAL

Plaintiff's Isaac Green, and Natasha DeLima have filed a similar complaints against 6 Defendants – YouTube, parent company Google, BlogSpot, Twitter, Facebook, Go Fund Me and Patreon. Law violations include, Virtual Property Violations, Theft of Earnings, Violations of Fair Use Laws, Property Theft, Civil Rights (listed here)

FLSA – the Defendants violated the FLSA and did not even pay the Plaintiffs minimum wages, while embezzling all that they earned.
https://www.dol.gov/general/topic/wages

**Civil and political rights** are a class of rights that protect individuals' freedom from infringement by governments, social organizations, and private individuals. They ensure one's ability to participate in the civil and political life of the society and state without discrimination or repression.

Civil rights include the ensuring of peoples' physical and mental integrity, life, and safety; protection from discrimination on grounds such as race, gender, sexual orientation, gender identity, national origin, color, age, political affiliation, ethnicity, religion, and disability;[1][2][3] and individual rights such as privacy and the freedoms of thought, speech, religion, press, assembly, and movement.

Political rights include natural justice (procedural fairness) in law, such as the rights of the accused, including the right to a fair trial; due process; the right to seek redress or a legal remedy; and rights of participation in civil society and politics such as freedom of association, the right to assemble, the right to petition, the right of self-defense, and the right to vote. Civil and political rights form the original and main part of international human rights.[4] They comprise the first portion of the 1948 Universal Declaration of Human Rights(with economic, social, and cultural rights comprising the second portion). The theory of three generations of human rights
https://en.wikipedia.org/wiki/Three_generations_of_human_rights

rights considers this group of rights to be "first-generation rights", and the theory of negative and positive rights considers them to be generally negative rights.

Under Federal Laws, their Constitutional rights of the First Amendment, free speech have been violated, and the Defendants try to "tailor" their "terms of service" against free speech and cannot. There have been no changes made to civil rights or federal laws, and therefore any particular company cannot institute "terms of service" which violate free speech, civil rights, the 1st Amendment and censor any lawful content. Website Twitter, and Google have manipulated and been caught doing "shadow-banning" (censorship) and deleting content that is lawful based on political bias, and they therefore are in violation of Civil rights, Free Speech, and the Plaintiffs rights to use the internet. This is merely based on political bias and the popularity of both Plaintiffs.

The law asserts that "all" citizens, are given the same law, and that no one is above the law, however these websites have deemed themselves above the law, and have haunted, chased, spied on, targeted, and tried to ambush the actual success of both Plaintiffs based on a political agenda, in violation of everything. They have in fact increased their violations in retaliation of this lawsuit, and their attorneys have failed to restore the lawful virtual property of the Plaintiffs and they accrue damages and liability every day.

Defendant BlogSpot has allowed for someone to "recycle" the Plaintiffs virtual property, and use it to harass, demean, lie about, defame, and libel Plaintiff Natasha, and it was up to BlogSpot (parent company Google) to not reuse a domain purchased by the Plaintiff and is in fact her copy righted property. Google chooses to allow for a "fake profile" and weaponized themselves against lawful users, and does not keep virtual property domains protected, thus incurring additional liability, and is in fact complicit in aiding for a total manipulation of truth to be contained in their internet domain, solely for the purpose of the spread of disinformation, and targeting individuals. This is in violation of all civil and political rights, as well as the crime of cyber bullying.

Google worked with the Democrats, and Hillary Clinton to manipulate and hide data, & they are still targeting people on a "political basis" when all governing laws, civil rights and the 1st Amendment prohibit anyone from going after people for their rights to free speech and their own opinion.

Google parent company of YouTube harasses demeans, manipulates data and figures of popular channels, for the purposes of embezzlement, and of trying to harass.

YouTube has unlawfully banned both Plaintiffs from live stream, and they closed Plaintiff Isaacs AntiSchool channel, have put 2 strikes on his 2nd channel, and are preventing him from live streams on his third channel. Plaintiff Natasha has not been allowed to live stream, even though both channels qualify.

Virtual Property Addresses:

https://www.patreon.com/antischool

https://www.youtube.com/c/antischool (channel deleted by YouTube)
https://www.youtube.com/channel/UCqoeWG9DyBDtQpWp6PRawQQ
(channel w/ 2 strikes & prohibited from live stream)
https://plus.google.com/u/0/105217216774165663079
https://twitter.com/antischool_ftw
Facebook was Elliot Maarxx deleted by Facebook
GoFundMe deleted Antischool fundraiser

Natasha

https://plus.google.com/u/0/100718687934763146849
https://plus.google.com/u/1/100718687934763146849

https://www.youtube.com/channel/UCUlmdlE04AewC-lvBFrgJDw
https://www.youtube.com/user/Natasha78d

https://www.facebook.com/Natasha78de
https://www.facebook.com/Stop-Bullying-Protect-All-Children-370284286318066/

https://twitter.com/Loveeveryone88
https://twitter.com/Natasha78d?lang=en
https://twitter.com/LifecoachNV16?lang=en (suspended account)
https://twitter.com/?logged_out=1&lang=en (was suspended but is ok for now) this is Plaintiff's fiancés account
https://twitter.com/Raindrops004?lang=en

https://www.patreon.com/NatashaV

https://funds.gofundme.com/dashboard/fbm24t-recovery-fund/
https://natashanothingbuttruth.blogspot.com/
https://natashanews11.blogspot.com/
https://wakeupnews1.blogspot.com/
https://cherishallchildren.blogspot.com/

The Constitution applies to every single USA citizen and no website can do what all of these Defendants jointly do, and while they fight law suits with vigor and no valid argument, they actually cause them. Then of course, they refuse to pay out liabilities. The Plaintiff tried relentlessly to resolve these matter with the Defendants themselves prior to the filing of this lawsuit, and there has been on ongoing petition, that they have been sent directly in emails, on Twitter, and to the addresses of the CEO's to no avail, all of the Defendants regard themselves as above the law.

https://www.change.org/p/natasha-antischool-fight-for-internet-property-rights-freedom-of-speech 6,700+ people have signed this petition to date, alerting the Defendants of their obligation to remedy their illicit activity and practices.

The Plaintiffs were suffering under the previous listed statutes and violations, but were impacted the recent false narrative and closure, lockout, shutdown and denial of use to their own virtual property. All websites are stalking the Plaintiff's and locking them out of their channels & even their own websites. "WARNINGS" ARE PLACED in front their websites that they pay for, with their own domains, and trying to prohibit users from accessing them. YouTube is also preventing cell phones from viewing the Plaintiff's channels.

President Trump had to respond to this recent surge of illicit activity, and the fact that these Defendants are in fact taking illicit hold of our virtual and intellectual property. **President Trump tweeting about intellectual property theft** https://twitter.com/realDonaldTrump/status/971409845453762560

The U.S. is acting swiftly on Intellectual Property theft. We cannot allow this to happen as it has for many years! Lawful users get to use websites, period. The false narrative created by the websites in order to obstruct justice, violate the rule of law, 1st Amendment rights and harass users to justify shut downs, is in fact illegal and cannot be upheld in any court in the USA. Also users are not restricted to file cases in just California, these web sites are public companies, (not utilities) but companies that have to abide by federal rules and the 1st Amendment. In pleadings, the attorneys even admit to censorship and attempt to defend the web sites violations of the 1st Amendment and they cannot.

The ruling case for all of the virtual property right is https://www.pacermonitor.com/public/case/11295537/Hosseinzadeh_v_Klein_et_al ruled on in New York under federal law.

The Defendant YouTube, and Twitter have not restored the Plaintiffs virtual property rights, despite an agreement with Attorney Ryan Mrazik to do that, and the accounts must be restored as a matter of law.

While Plaintiff Natasha's YouTube channel has been given illicit strikes, YouTube has embezzled 100% of the monetization.

02/21/18 GOOGLE DES:PAYMENT ID:US00143LAB 1,317.16
03/21/18 GOOGLE DES:PAYMENT ID:US0014TMM0 764.58

The February payment was for January earnings, the March Payment was for February earnings, & what YouTube / Google do is constantly embezzle more as

channels grow and earn more, they cut down payments to demean channel owners. These payments are in fact a pittance of what the channels earn. They have not made any additional payments and are embezzling 100% of earnings, and owe the Plaintiffs. They have refused to monetize Isaac Green and cannot, they do not get to "choose" who they monetize, these are earnings that channel owners receive from people that view their videos and ads, and this is not revenue that is under the control of Google that is why they are embezzling it. The Plaintiff does not actually know how much is paid per ad, per view and per option of advertising, this is sought in discovery, and owed to the Channel owners, as it is their lawful money. YouTube / Google keep this figure secret so that they get to continue embezzling from channels and not paying earnings to people.

Patreon embezzles as much as 90% of earnings, and YouTube does the same, they intend to deceive & embezzle, and are also paid an additional percent by the advertisers, however they hire people to go in to each channel and delete views on new uploads in order to unlawfully enrich themselves, and rip off channels into the millions and billions. There simply is no valid defense, or plausible argument anywhere in any law in the USA or elsewhere, despite the fact that the websites are trying to utilize UK law within the USA to avoid federal laws, and liability.

Facebook is in violation of internet and FCC rules
Under the FCC guidelines, and protecting your privacy, protection from recorded phone calls, etc, Facebook is in violation of FCC rules

https://www.fcc.gov/general/privacy-and-security-guides#block-menu-block-4

Facebook is in violation of
Computer Fraud and Abuse Act (CFAA)
https://en.wikipedia.org/wiki/Internet_censorship_in_the_United_States#Computer_Fraud_and_Abuse_Act_(CFAA)

Stop Advertising Victims of Exploitation Act of 2015 (SAVE)

Allow States and Victims to Fight Online Sex Trafficking Act - Stop Enabling Sex Traffickers Act (FOSTA-SESTA)

Both Plaintiffs were trying to save children, adults and exposing child trafficking and have been targeted for doing this. Facebook protected the trafficking ring, not those trying to save children.

Facebook prohibited the Plaintiffs from posting YouTube Videos, thus effecting their income, and their right to income. They were targeted by political bias, against both the Constitution, and the rules of the internet, FCC regulations, and many acts to protect all users.

Facebook deleted virtual property of Elliott Maarxx and cannot, and they harassed, and gave fake violations to harass Natasha DeLima. Facebook also sold their data to advertisers, and is in trouble with Congress for that. There is not any lawful argument to which Facebook can avoid liability, and they have in fact, not lawfully filed a response with an attorney licensed to practice in the state of New Hampshire.

GoFundMe, shut down both Plaintiffs lawful fund raisers, and cannot, and try to only allow what is considered "democrats" to raise money. This is so sickening, and illegal, there simply is not a defense. When Plaintiff Isaac commenced was given donations over over $1000 in a couple of hours, Go Fund Me closed down his account, and returned the money. For Plaintiff Natasha, when she received donations, Go Fund Me rejected them and did not put them through. They are despicable, and did this to black list the Plaintiffs from earning money to survive.

WHEREFORE,

The Plaintiffs get compensation under Constitutional law & federal law violations, as well as harm to their audiences and virtual property. Google, BlogSpot, YouTube & Twitter continue to accrue liability and additional money due, since they refuse to return the stolen virtual property, and YouTube continues to embezzle 100 percent. They do this to all channels, and especially ones that do not upload new videos, they decrease the money they give to virtual property owners, despite the channels growth as more people find each channel. YouTube and Google try to hide videos, and entire channels, and they go in and delete millions of views so that the videos do not rank, and are hard to find. They "freeze" all video counts and subscriber counts in order to alter channel growth.

It is under continued liability that the Plaintiffs seek **additional compensation**, & any motions or versions of the complaint, and this consolidated version is the ongoing update, as all Defendants are in continued violation of virtual property rights, federal laws, civil rights, and Constitutional rights. The Defaulted

Defendants must restore the rightful property and cease retaliations to the Plaintiffs who OWN those virtual property domains, links, accounts and channels. The overseers of virtual property domains do not get to dictate laws which do not exist, in "terms of service" or any other laws, as the USA companies must abide by Federal laws, civil rights, Constitution, and virtual property law.

BlogSpot has allowed a serial cyber bully to take Plaintiff Natasha's purchased domain, and use it to demean, libel, harass and target her audience, this is not fair use, and BlogSpot does not get to take protected and purchased domains, and allow others to reuse them. There is not any limit of domains in cyber space, they would be obligated under copyright law for the purchased domains to not be "recycled", they would be put into "internet trash" and not allow for this type of criminal harassment and bullying to occur, in violation of civil rights, and misuse of domains. Wherefore, the Plaintiff seeks and additional $250,000 in new damages and $50,000 per day, that they continue to allow for this serial stalker to possess the Plaintiff's domain, when it is copyright infringement, her domain, and despite her shortening her domain name, that name was her virtual property, & BlogSpot / Google was obligated to dispose of the link, and they have instead tried to bully her audience not once, but 2 times with "recycling" it and bashing her channel and audience.

Google and BlogSpot have defaulted themselves on this case, but continue to accrue massive financial damages due to their criminal activity.

Plaintiffs accrue a monthly amount of money from YouTube despite closed account, refusal to allow for live streaming and their own fans to donate to them, YouTube and Google.

Twitter accrues damages as they have continued to leave a lawful account closed, @LifecoachNV16, and continued to destroy the growth of that account, they have deleted followers and locked the Plaintiff Natasha out of her own property and cannot. For Plaintiff Isaac, they have harassed him, deleted tweets, and deleted following or followers, and force users to live under the threat of being locked out, while posting lawful content.

The Plaintiffs want to earn their own money, and they have that right. None of the websites get to offer advertiser revenue and then embezzle it all. Patreon

cannot offer "earnings" and then go into account and delete comments to hide the people that they are taking 100% of the money from.

The Websites cannot retaliate against the Plaintiffs for seeking what is rightfully theirs, and they are also committing crimes in the masses, against all of the laws and the Executive order of President Trump.

The Plaintiffs seek compensation due them and closure. The Defendants never had a chance to prevail against the Constitution when they were not abiding by it.

AFFIDAVIT

The parties in this case are so criminal they don't even know how to apply the law, they are sloppy, and have defaulted themselves when they have been aware of the case for over 2 years, and it was filed in December 17, 2017 and its time for them to face that there is life after a lawsuit, and only more court when they continue to abuse the system to overbill their own clients.

CERTIFICATE OF SERVICE

ssoule@pfclaw.com

tmclaughlin@shaheengordon.com

rmrazik@perkinscoie.com

jaronson@bonnerkiernan.com

Email and first class mail on May 21, 2018