UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Natasha DeLima

    v.                            Case No. 17-cv-733-PB

YouTube Inc, et al.

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 30, 2018, and dismiss the first amended complaint (Doc. No. 131) in its entirety, deny DeLima's requests for preliminary injunctive relief (Doc. Nos. 1, 3, 5-8, 11, 17, 29), and deny as moot defendants' motions to dismiss and/or for summary judgment (Doc. Nos. 27, 28, 56, 60, 95, 96, 123) and to stay proceedings (Doc. No. 97). Plaintiff's joint motion for summary judgment (Doc. No. 88) is denied as moot in light of dismissal of the first amended complaint.

                                              /s/ Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge

Date: September 18, 2018

cc: Natasha DeLima, pro se
    Counsel of Record